BLACK & WASHKO LLP
Frank M. Washko (SBN 252010)
fwashko@bwlitigation.com
Bradford J. Black (SBN 252031)
bblack@bwlitigation.com
333 Main Street, Suite 2A
San Francisco, California 94105
Telephone: 415-369-9423
Facsimile: 415-520-6840

*Attorneys for Defendants*
INVENTION INVESTMENT FUND I LP,
INVENTION INVESTMENT FUND II LP,
INTELLECTUAL VENTURES, LLC
INTELLECTUAL VENTURES MANAGEMENT LLC,
INTELLECTUAL VENTURES I LLC, and
INTELLECTUAL VENTURES II LLC

JONES DAY
Behrooz Shariati (SBN 174436)
bshariati@jonesday.com
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: 650-739-3920
Facsimile: 650-739-3900

*Attorneys for Plaintiff*
XILINX, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>INVENTION INVESTMENT FUND I LP, INVENTION INVESTMENT FUND II LP, INTELLECTUAL VENTURES, LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, INTELLECTUAL VENTURES I LLC, and INTELLECTUAL VENTURES II LLC,<br><br>Defendants. | Case No.: 4:11-cv-00671-LB<br><br>**STIPULATED EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

Plaintiff Xilinx, Inc. ("Plaintiff") and Defendants Invention Investment Fund I LP, Invention Investment Fund II LP, Intellectual Ventures, LLC, Intellectual Ventures Management, LLC, Intellectual

| | |
|---|---|
| 1 | Ventures I LLC, and Intellectual Ventures II LLC (collectively, "Defendants"), pursuant to Civil Local |
| 2 | Rules 6-1 and 6-2, respectfully request that the Court enter the following stipulation regarding the time |
| 3 | for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint.  The parties now |
| 4 | AGREE AND STIPULATE that the time for Defendants to answer, move, or otherwise respond to the |
| 5 | Complaint is extended through and including April 11, 2011. |

**1.   Reason for Extension of Time.**

At the request of Defendants, the parties have met and conferred and jointly agree to the requested extension for the convenience of the parties.

**2.   Prior Time Modifications.**

There have been no previous time modifications in this case.

**3.   Effect of Modification.**

The requested extension will have no effect on the rest of the schedule in this action.

Respectfully submitted,

Dated: February 28, 2011          BLACK & WASHKO LLP
                                  Frank M. Washko
                                  Bradford J. Black


                                  By:     Frank M. Washko /s/
                                          Frank M. Washko

                                  Attorneys for Defendants


Dated: February 28, 2011          JONES DAY
                                  Behrooz Shariati


                                  By:     Behrooz Shariati /s/
                                          Behrooz Shariati

                                  Attorneys for Plaintiff

1  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Frank M.
2  Washko hereby attests that concurrence in the filing of this document has been obtained.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 28, 2011

_____
Honorable Laurel Beeler
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Laurel Beeler]*