RECEIVED
2011 MAR 18 A 10: 27
RICHARD W. WIEKING
CLERK, U.S. [DISTRICT COURT]
N.D. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XILINX, INC.,

    Plaintiff,

v.

INVENTION INVESTMENT FUND I, LP, et al.,

    Defendant.

CASE NO. 5:11-cv-00671-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John M. Desmarais, whose business address and telephone number is

Desmarais LLP
230 Park Avenue, New York, NY 10169
(212) 351-3400

and who is an active member in good standing of the bar of EDNY; SDNY; Fed. Cir. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 30, 2011

*Lucy H. Koh*
United States District Judge