| | |
|---|---|
| 1 | BLACK & WASHKO LLP |
| 2 | Bradford J. Black (SBN 252031)<br>bblack@bwlitigation.com |
| 3 | Frank M. Washko (SBN 252010)<br>fwashko@bwlitigation.com |
| 4 | 333 Main Street, Suite 2A<br>San Francisco, California 94105 |
| 5 | Telephone:  415-369-9423 |
| 6 | Facsimile:  415-520-6840 |
| 7 | DESMARAIS LLP |
| 8 | John M. Desmarais (admitted *pro hac vice*)<br>jdesmarais@desmaraisllp.com |
| 9 | Michael P. Stadnick (admitted *pro hac vice*)<br>mstadnick@desmaraisllp.com |
| 10 | 230 Park Avenue<br>New York, New York 10169 |
| 11 | Telephone:  212-351-3400<br>Facsimile:  212-351-3401 |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>INVENTION INVESTMENT FUND I LP,<br>INVENTION INVESTMENT FUND II LLC,<br>INTELLECTUAL VENTURES LLC,<br>INTELLECTUAL VENTURES<br>MANAGEMENT LLC,<br>INTELLECTUAL VENTURES I LLC, and<br>INTELLECTUAL VENTURES II LLC,<br><br>Defendants. | Case No.  11-cv-0671-LHK<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND F.R.C.P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil L.R. 7-11 and 79-5, Defendants INVENTION INVESTMENT FUND I LP, INVENTION INVESTMENT FUND II LLC, INTELLECTUAL VENTURES LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, INTELLECTUAL VENTURES I LLC, and INTELLECTUAL VENTURES II LLC (collectively, "Defendants") respectfully move for an Order that DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND F.R.C.P. 7.1 ("the Certificate") be sealed.

Good cause exists to seal the Certificate. The Certificate contains highly confidential business information that could cause Defendants and third parties to suffer harm if the information becomes publicly known. *See* Declaration of Peter Detkin in Support of Defendants' Administrative Motion ("Detkin Decl.") ¶ 5; Fed. R. Civ. P. 26(c)(1) (a court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including . . . requiring that . . . commercial information not be revealed or be revealed only in a specified way"); *see also Caxton Int'l Ltd. v. Reserve Int'l Liquidity Fund, Ltd.*, 09-Civ 782 (PGG), 2009 WL 2365246, at *6-*7 (S.D.N.Y. July 30, 2009) (granting motion to seal as to identities of non-party investors); Order, *Link_A_Media Devices Corp. v. Marvell Semiconductor, Inc.*, No. 3:11-cv-00616-JCS (N.D. Cal. Feb. 14, 2011) (same). Further, Defendants are contractually obligated to maintain the confidentiality of their investors. Detkin Decl. ¶ 5.

Xilinx has refused to stipulate to Defendants' motion to seal unless its General Counsel is permitted to view the Certificate in unredacted form. Declaration of Bradford J. Black In Support Of Defendants' Administrative Motion ("Black Decl.") at ¶¶ 3-5. Xilinx also rejected Defendants' offer to serve outside counsel with an unredacted copy of the Certificate on an "Attorneys Eyes Only" basis. Black Decl. at ¶ 3. But Xilinx has not articulated—and cannot articulate—any principled basis for its position. Civil Rule 3-16 is not a discovery mechanism. Rather, the stated policy of the

1  Rule is to allow the Court to "evaluate any need for disqualification or recusal." (Civil L.R. 3-16)  As
2  outlined above, Defendants' motion provides this Court with the required disclosures while allowing
3  Defendants to comply with its contractual obligations to its investors.  Neither Xilinx nor the public
4  will suffer harm by sealing the Certificate.  Indeed, Xilinx stipulated to the sealing of similar
5  confidential information concerning its *own* business dealings with Defendants when Xilinx chose to
6  rely on that information in support of its recent motion for injunctive relief.  (D.I. 41)  Xilinx cannot
7  now meritoriously object to Defendants' motion here.
8
9  For the foregoing reasons Defendants respectfully request that the Court GRANT its motion
10 to file Defendants' Certificate of Interested Entities or Persons Pursuant to Civil Local Rule 3-16 and
11 F.R.C.P. 7.1 under seal.

Respectfully submitted,

Dated:  April 12, 2011          By:_____Bradford J. Black /s/_____

Bradford J. Black (SBN 252031)
bblack@bwlitigation.com
BLACK & WASHKO LLP
333 Main Street, Suite 2A
San Francisco, California 94105
Telephone:  415-369-9423
Facsimile:  415-520-6840

Attorney for Defendants