BLACK & WASHKO LLP
Bradford J. Black (SBN 252031)
bblack@bwlitigation.com
Frank M. Washko (SBN 252010)
fwashko@bwlitigation.com
333 Main Street, Suite 2A
San Francisco, California 94105
Telephone: 415-369-9423
Facsimile: 415-520-6840

DESMARAIS LLP
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (*pro hac vice*)
mstadnick@desmaraisllp.com
230 Park Avenue
New York, New York 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INVENTION INVESTMENT FUND I LP, INVENTION INVESTMENT FUND II LLC, INTELLECTUAL VENTURES LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, INTELLECTUAL VENTURES I LLC, and INTELLECTUAL VENTURES II LLC,<br><br>Defendants. | Case No. 11-cv-0671-LHK<br><br>**DECLARATION OF BRADFORD J. BLACK IN SUPPORT OF DEFENDANTS' MOTION TO FILE UNDER SEAL ITS CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND F.R.C.P. 7.1** |

1    I, Bradford J. Black, declare that:

2    1.   I am a partner of the law firm Black & Washko LLP and counsel for Defendants in the present action. I am competent to give this Declaration. Except where otherwise indicated, I make this Declaration based on personal knowledge.

5    2.   I conferred via telephone with Laurie M. Charrington, counsel for Plaintiff, regarding Defendants' Administrative Motion to File Under Seal Its Certificate of Interested Entities or Persons Pursuant to Civil Local Rule 3-16 and F.R.C.P. 7.1 ("Defendants' Motion to Seal") on April 8, 2011 and April 11, 2011.

9    3.   On April 08, 2011, I offered, on behalf of Defendants, to serve Plaintiff's counsel with an unredacted copy of Defendants' Certificate of Interested Entities or Persons Pursuant to Civil Local Rule 3-16 and F.R.C.P. 7.1 ("Defendants' Certificate"), provided Plaintiff would agree to treat the document as "Attorneys' Eyes Only" and restrict its distribution to outside counsel only.

13   4.   On April 08, 2011, Ms. Charrington claimed she could not stipulate to Defendants' Motion to Seal without knowing whether Xilinx's General Counsel would also be able to view Defendants' Certificate.

16   5.   On April 11, 2011, Ms. Charrington stated she would not stipulate to Defendants' Motion to Seal without Xilinx's General Counsel being permitted to view Defendants' Certificate in unredacted form.

19   6.   On April 12, 2011, I asked Ms. Charrington to confirm through e-mail that she would not stipulate to Defendants' Motion to Seal unless Xilinx's General Counsel was permitted to view Defendants' Certificate in unredacted form.

22   7.   Ms. Charrington confirmed on April 12, 2011 through e-mail that "Xilinx will not stipulate to IV's Administrative Motion to File IV's Certificate Under Seal, if such Motion would prevent us from sharing IV's Certificate with Xilinx's General Counsel."

26   I declare under penalty of perjury that the foregoing is true and correct.

1   Executed in San Francisco, CA.

3   DATED: April 12, 2011

                                                             Bradford J. Black /s/
                                                             Bradford J. Black