BLACK & WASHKO LLP
Bradford J. Black (SBN 252031)
bblack@bwlitigation.com
Frank M. Washko (SBN 252010)
fwashko@bwlitigation.com
333 Main Street, Suite 2A
San Francisco, California 94105
Telephone: 415-369-9423
Facsimile: 415-520-6840

DESMARAIS LLP
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (*pro hac vice*)
mstadnick@desmaraisllp.com
230 Park Avenue
New York, New York 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>INVENTION INVESTMENT FUND I LP, INVENTION INVESTMENT FUND II LLC, INTELLECTUAL VENTURES LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, INTELLECTUAL VENTURES I LLC, and INTELLECTUAL VENTURES II LLC,<br><br>              Defendants. | Case No.:   C 11-cv-0671-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND F.R.C.P. 7.1** |

1  Pursuant to Federal Rule of Civil Procedure 26(c) and Civil L.R. 7-11 and 79-5, the Court
2  GRANTS Defendants' Administrative Motion To File Its Certificate Of Interested Entities Or
3  Persons Pursuant to Civil Local Rule 3-16 and F.R.C.P. 7.1 under seal.
4  The Clerk shall file Defendants' Certificate of Interested Entities or Persons Pursuant to Civil
5  Local Rule 3-16 and F.R.C.P. 7.1 under seal and it shall remain sealed unless and until this Court
6  orders otherwise.

**IT IS SO ORDERED.**

DATED: _____    _____
Honorable Lucy H. Koh
United States District Court Judge