Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
Laurie Charrington (State Bar No. 229679)
lmcharrington@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:     650-739-3939
Facsimile:      650-739-3900

Attorneys for Plaintiff
XILINX, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>                      Plaintiff,<br><br>           v.<br><br>INVENTION INVESTMENT FUND I LP, INVENTION INVESTMENT FUND II LLC, INTELLECTUAL VENTURES LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II, LLC,<br><br>                      Defendants. | **Case No. 5:11-cv-00671 LHK**<br><br>**DECLARATION OF LAURIE CHARRINGTON IN SUPPORT OF XILINX, INC'S OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND F.R.C.P. 7.1** |

    1.    I am an attorney at the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Plaintiff Xilinx, Inc. ("Xilinx") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

    2.    Pursuant to Civil Local Rule 7-11, I make this Declaration in Opposition to Defendants' Administrative Motion to File Under Seal Its Certificate of Interested Entities or

Persons Pursuant to Civil Local Rule 3-16 and F.R.C.P. 7.1.

3. On April 8 and 11, 2011, I conferred with Bradford J. Black, counsel for Defendants, regarding Xilinx's Motion to Enjoin which my colleagues and I had been preparing to be filed on April 11.

4. On April 11, 2011, I informed Mr. Black that Xilinx's motion contained information regarding Defendants' business, including information regarding the negotiations between Xilinx and Defendants. I asked Mr. Black whether Defendants would like us to file those portions of Xilinx's motion under seal, to which Mr. Black responded, through email, that "[Defendants] would like you to file under seal."

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 18th day of April, 2011 in Palo Alto, California.

/s/ Laurie M. Charrington
Laurie M. Charrington

SVI-91836v1