1  Behrooz Shariati (State Bar No. 174436)
   bshariati@jonesday.com
2  Laurie Charrington (State Bar No. 229679)
   lmcharrington@jonesday.com
3  JONES DAY
   Silicon Valley Office
4  1755 Embarcadero Road
   Palo Alto, CA  94303
5  Telephone:     650-739-3939
   Facsimile:      650-739-3900
6
   Attorneys for Plaintiff
7  XILINX, INC.

8

9                     **UNITED STATES DISTRICT COURT**

10                    **NORTHERN DISTRICT OF CALIFORNIA**

11                               **SAN JOSE DIVISION**

12

13  XILINX, INC.,                          **Case No. 5:11-cv-00671 LHK**

14           Plaintiff,                    **[PROPOSED] ORDER DENYING
                                           DEFENDANTS' ADMINISTRATIVE**
15      v.                                 **MOTION TO FILE UNDER SEAL
                                           ITS CERTIFICATE OF**
16  INVENTION INVESTMENT FUND I LP,        **INTERESTED ENTITIES OR**
    INVENTION INVESTMENT FUND II LLC,      **PERSONS PURSUANT TO CIVIL**
17  INTELLECTUAL VENTURES LLC,             **LOCAL RULE 3-16 AND F.R.C.P. 7.1**
    INTELLECTUAL VENTURES
18  MANAGEMENT LLC, INTELLECTUAL
    VENTURES I LLC, INTELLECTUAL
19  VENTURES II, LLC,

20           Defendants.

21

22       Having considered Defendants' Administrative Motion to File Under Seal its Certificate

23  of Interested Entitles or Persons Pursuant to Civil Local Rule 3-16 and Federal Rule of Civil

24  Procedure 7.1 and Plaintiffs' Opposition filed thereto,

25       **IT IS HEREBY ORDERED THAT:**

26       (1) The Clerk shall file Defendants' Certificate of Interested Entitles or Persons Pursuant

27  to Civil Local Rule 3-16 and Federal Rule of Civil Procedure 7.1 under seal and it shall remain

28  sealed unless and until this Court orders otherwise.

(2) Defendants shall serve on Plaintiff's counsel an unredacted copy of the Certificate, which may be disclosed to Xilinx's General Counsel.

Dated: _____ \_\_, 2011

By: _____
   Honorable Lucy H. Koh
   United States District Court Judge

SVI-91838v1