BLACK & WASHKO LLP
Bradford J. Black (SBN 252031)
bblack@bwlitigation.com
Frank M. Washko (SBN 252010)
fwashko@bwlitigation.com
333 Main Street, Suite 2A
San Francisco, California 94105
Telephone: 415-369-9423
Facsimile:  415-520-6840

DESMARAIS LLP
John M. Desmarais (admitted *pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (admitted *pro hac vice*)
mstadnick@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile:  212-351-3401

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INVENTION INVESTMENT FUND I LP, INVENTION INVESTMENT FUND II LLC,<br>INTELLECTUAL VENTURES LLC,<br>INTELLECTUAL VENTURES MANAGEMENT LLC,<br>INTELLECTUAL VENTURES I LLC, and INTELLECTUAL VENTURES II LLC,<br><br>Defendants. | **Case No. 11-cv-0671-SI**<br><br>**DEFENDANTS' RENOTICE OF MOTION TO DISMISS XILINX'S COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>Date:   July 29, 2011<br>Time:  9:00 am<br>Judge: Hon. Susan Illston<br>Courtroom 10, 19th Floor |

DEFENDANTS' RENOTICE OF MOTION TO DISMISS COMPLAINT
Case No. 11-cv-0671-SI

1   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12 and Civil L.R. 7-2, Defendants Invention Investment Fund I LP, Invention Investment Fund II LLC, Intellectual Ventures LLC, Intellectual Ventures Management LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC (collectively, "Defendants") respectfully move the Court to dismiss Plaintiff Xilinx, Inc.'s Complaint For Declaratory Judgment Of Patent Non-Infringement And Invalidity (the "Complaint") in its entirety.  In the alternative, Defendants move this Court to sever and transfer to the District of Delaware declaratory claims concerning the validity and infringement of patents already at issue between the parties in a co-pending infringement action.  This motion will be heard on July 29, 2011, at 9:00 am, or as soon thereafter as the matter can be heard by the Honorable Susan Illston in Courtroom 10 of the above-titled Court.

The Motion is based on this Notice, the supporting Memorandum of Points and Authorities (Docket No. 39), the Declaration of Ameet A. Modi (Docket No. 40), the pleadings and files in this matter, and any other matter presented at the hearing on this Motion.

Date:  May 10, 2011

Respectfully submitted,

BLACK & WASHKO LLP
Bradford J. Black
Frank M. Washko

DESMARAIS LLP
John M. Desmarais
Michael P. Stadnick


By: /s/ Bradford J. Black
    Bradford J. Black

*Attorneys for Defendants*

DEFENDANTS' RENOTICE OF MOTION TO DISMISS COMPLAINT
Case No. 11-cv-0671-SI