| | |
|---|---|
| 1 | BLACK & WASHKO LLP |
|   | Bradford J. Black (SBN 252031) |
| 2 | bblack@bwlitigation.com |
|   | Frank M. Washko (SBN 252010) |
| 3 | fwashko@bwlitigation.com |
|   | 333 Main Street, Suite 2A |
| 4 | San Francisco, California 94105 |
|   | Telephone:  415-369-9423 |
| 5 | Facsimile:   415-520-6840 |

DESMARAIS LLP
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (*pro hac vice*)
mstadnick@desmaraisllp.com
230 Park Avenue
New York, New York 10169
Telephone:  212-351-3400
Facsimile:   212-351-3401

*Attorneys for Defendants*

**DENIED**
Judge Susan Illston

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

XILINX, INC.,

    Plaintiff,

v.

INVENTION INVESTMENT FUND I LP,
INVENTION INVESTMENT FUND II LLC,
INTELLECTUAL VENTURES LLC,
INTELLECTUAL VENTURES MANAGEMENT LLC,
INTELLECTUAL VENTURES I LLC, and
INTELLECTUAL VENTURES II LLC,

    Defendants.

Case No.:  C 11-cv-0671-LHK

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND F.R.C.P. 7.1**

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil L.R. 7-11 and 79-5, the Court GRANTS Defendants' Administrative Motion To File Its Certificate Of Interested Entities Or Persons Pursuant to Civil Local Rule 3-16 and F.R.C.P. 7.1 under seal.

The Clerk shall file Defendants' Certificate of Interested Entities or Persons Pursuant to Civil Local Rule 3-16 and F.R.C.P. 7.1 under seal and it shall remain sealed unless and until this Court orders otherwise.

**IT IS SO ORDERED.**

DATED: _____    _____
Honorable Lucy H. Koh
United States District Court Judge