1  Behrooz Shariati (State Bar No. 174436)
   bshariati@jonesday.com
2  Laurie M. Charrington (State Bar No. 229679)
   lmcharrington@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA 94303
   Telephone:    650-739-3939
5  Facsimile:    650-739-3900

   Bradford J. Black (SBN 252031)
   bblack@bchllp.com
   Peter H. Chang (SBN 241467)
   pchang@bchllp.com
   BLACK CHANG & HAMILL LLP
   333 Bush Street, Suite 2250
   San Francisco, CA 94104
   Telephone: 415-813-6210
   Facsimile: 415-813-6222

6  Attorneys for Plaintiff
   XILINX, INC.

   Attorneys for Defendants
   INTELLECTUAL VENTURES, LLC
   INTELLECTUAL VENTURES
   MANAGEMENT LLC,
   INTELLECTUAL VENTURES I LLC, and
   INTELLECTUAL VENTURES II LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>INTELLECTUAL VENTURES, LLC,<br>INTELLECTUAL VENTURES<br>MANAGEMENT, LLC,<br>INTELLECTUAL VENTURES I LLC,<br>INTELLECTUAL VENTURES II LLC,<br><br>              Defendants. | Case No. 3:11-cv-00671 SI<br><br>**SECOND STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

1 Pursuant to Local Rule 6-1 and 6-2 and Plaintiff Xilinx, Inc. ("Xilinx") and Defendants Intellectual Ventures, LLC, Intellectual Ventures Management, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby request the Court issue an Order extending the time for Defendants to answer, move or otherwise respond to Xilinx's First Amended Complaint from September 23, 2011 until September 30, 2011.

The parties jointly request the brief extension to permit Xilinx to file a Second Amended Complaint, which Xilinx intends to do on or before September 30, 2011. The requested extension will be the second extension to Defendants' deadline to respond to the First Amended Complaint, and will have no effect on the case schedule.

**IT IS SO STIPULATED.**

DATED: September 23, 2011           JONES DAY

By:  /s/ Laurie M. Charrington
     Laurie M. Charrington

Attorneys for Plaintiff
XILINX, INC.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: September 23, 2011           BLACK CHANG & HAMILL LLP

By:  /s/ Peter H. Chang
     Peter H. Chang

Attorneys for Defendants
INTELLECTUAL VENTURES, LLC
INTELLECTUAL VENTURES
MANAGEMENT LLC,
INTELLECTUAL VENTURES I LLC, and
INTELLECTUAL VENTURES II LLC

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

3  Dated: _____9/27/11_____    By: _____/s/ Susan Illston_____
4                                              THE HONORABLE SUSAN ILLSTON
                                                United States District Judge
                                                Northern District of California

8  SVI-97915