1  BLACK CHANG & HAMILL LLP
   Bradford J. Black (SBN 252031)
2  bblack@bchllp.com
   Peter H. Chang (SBN 241467)
3  pchang@bchllp.com
4  333 Bush Street, Suite 2250
   San Francisco, California 94104
5  Telephone:     415-813-6210
   Facsimile:     415-813-6222
6
7  DESMARAIS LLP
   John M. Desmarais (admitted pro hac vice)
8  jdesmarais@desmaraisllp.com
   Michael P. Stadnick (admitted pro hac vice)
9  mstadnick@desmaraisllp.com
   230 Park Avenue
10 New York, NY 10169
   Telephone:     212-351-3400
11 Facsimile:     212-351-3401
12
   Attorneys for Defendants
13 (See signature page for complete
    list of parties represented)
14

JONES DAY
Behrooz Shariati (SBN 174436)
bshariati@jonesday.com
1755 Embarcadero Road
Palo Alto, California 94303
Telephone:  650-739-3920
Facsimile:   650-739-3900

Attorneys for Plaintiff
XILINX, INC.

15
16              **UNITED STATES DISTRICT COURT**
17         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                  **SAN FRANCISCO DIVISION**
18

19
20  XILINX, INC.,

21                        Plaintiff,

22  v.

23  INTELLECTUAL VENTURES LLC,
    INTELLECTUAL VENTURES
24  MANAGEMENT LLC,
    INTELLECTUAL VENTURES I LLC, and
25  INTELLECTUAL VENTURES II LLC,

26
                          Defendants.
27

Case No.:  C 11-cv-0671-SI

**STIPULATED REQUEST TO EXTEND
TIME TO FILE INITIAL DISCLOSURES
AND TO CHANGE TIME TO BEGIN
DISCOVERY**

28
                              -1-

1

2      Pursuant to Local Rules 6-1 and 6-2, defendants Intellectual Ventures LLC, Intellectual Ventures

3   Management LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC (collectively,

4   "Defendants") and plaintiff Xilinx, Inc., by and through their attorneys of record, respectfully request

5   that the Court issue an order to

6          1.   extend the time for the parties to make the initial disclosures from October 3, 2011, as

7               provided by the Court's Amended Civil Pretrial Minutes (Dkt. No. 89), to and including

8               October 31, 2011; and

9          2.   change the time for the parties to begin discovery from that provided by Federal Rule of

10              Civil Procedure 26(d)(1) to and including October 31, 2011.

11

12     The parties jointly request this order to permit them time to meet and confer on issues raised by

    the parties' recent filings in this and other related cases.

13

14     The parties have previously requested a second brief extension to the time for Defendants to

15  respond to the First Amended Complaint from September 23, 2011 to September 30, 2011, to permit

16  Xilinx to file a Second Amended Complaint, which Xilinx intends to do on or before September 30,

17  2011.  (Dkt. No. 93.)

18     The requested extension of time to make initial disclosures and to change time to begin

19  discovery would have no effect on the remaining dates in the case schedule.

20

21                                              Respectfully submitted,

22  Dated:  September 26, 2011                   BLACK CHANG & HAMILL LLP
                                                 Peter H. Chang
23

24                                              By:_____/s/ Peter H. Chang_____
                                                        Peter H. Chang
25

26                                              Attorneys for Defendants Intellectual Ventures LLC,
                                                Intellectual Ventures Management LLC, Intellectual
27                                              Ventures I LLC, and Intellectual Ventures II LLC

28

STIPULATED REQUEST TO CHANGE TIME                                    C 11-cv-0671-SI

1

2   Dated:  September 26, 2011            JONES DAY
                                         Behrooz Shariati
3

4

5                                        By:   _____/s/ Behrooz Shariati_____
                                                    Behrooz Shariati

6                                        Attorneys for Plaintiff Xilinx, Inc.

7

8

9                                        **Attestation**

10      I, Peter H. Chang, attest that concurrence in the filing of this document has been obtained from

11  Behrooz Shariati, counsel for Plaintiff Xilinx, Inc.  I declare under penalty of perjury that the foregoing

12  is true and correct.  Executed this 26th day of September 2011 in San Francisco, California.

13

14                                       _____/s/ Peter H. Chang_____
                                         Peter H. Chang

15

16

17

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

20

21

22  Dated:    9/27/11                     By: _____

23                                        The Honorable Susan Illston
                                          United States District Judge

24

25

26

27

28
                                         -3-