| | |
|---|---|
| Behrooz Shariati (State Bar. No. 174436) bshariati@jonesday.com JONES DAY 1755 Embarcadero Road Palo Alto, CA  94303 Telephone:  (650) 739-3939 Facsimile:   (650) 739-3900  Attorneys for Plaintiff XILINX, INC. | Bradford J. Black (SBN 252031) bblack@bchllp.com Peter H. Chang (SBN 241467) pchang@bchllp.com BLACK CHANG & HAMILL LLP 333 Bush Street, Suite 2250 San Francisco, CA  94104 Telephone: 415-813-6210 Facsimile: 415-813-6222  Attorneys for Defendants INTELLECTUAL VENTURES LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, INTELLECTUAL VENTURES I LLC, and INTELLECTUAL VENTURES II LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XILINX, INC.,<br><br>           Plaintiff,<br>     v.<br><br>INTELLECTUAL VENTURES LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC,<br><br>           Defendants. | Case No. 3:11-cv-00671 SI<br><br>**STIPULATION FOR FILING SECOND AMENDED COMPLAINT** |

IT IS SO ORDERED

*[signature]*
Judge Susan Illston

1    Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff Xilinx, Inc. ("Xilinx") and Defendants Intellectual Ventures LLC, Intellectual Ventures Management LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate that Xilinx may file a Second Amended Complaint. Xilinx attaches a copy of its Second Amended Complaint hereto.

The Parties agree that service of the Second Amended Complaint on Defendants through the Court's electronic case filing system (ECF) will satisfy the service requirements under the Federal and Local Rules.

DATED: September 30, 2011                      JONES DAY

                                               By:   /s/ Behrooz Shariati

                                               Attorneys for Plaintiff
                                               XILINX, INC.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: September 30, 2011                      BLACK CHANG & HAMILL LLP

                                               By:   /s/ Bradford Black

                                               Attorneys for Defendants
                                               INTELLECTUAL VENTURES LLC,
                                               INTELLECTUAL VENTURES
                                               MANAGEMENT LLC,
                                               INTELLECTUAL VENTURES I LLC, and
                                               INTELLECTUAL VENTURES II LLC

SVI-98165