BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Peter H. Chang (SBN 241467)
pchang@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
333 Bush Street, Suite 2250
San Francisco, California 94104
Telephone:   415-813-6210
Facsimile:    415-813-6222

Attorneys for Defendants

JONES DAY
Behrooz Shariati (SBN 174436)
bshariati@jonesday.com
Laurie M. Charrington (SBN 229679)
1755 Embarcadero Road
Palo Alto, California 94303
Telephone:   650-739-3920
Facsimile:    650-739-3900

Attorneys for Plaintiff
XILINX, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| XILINX, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>　　　　　　Defendants. | Case No.: 3:11-cv-0671-SI<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

1  Plaintiff Xilinx, Inc. ("Plaintiff") and Defendants Intellectual Ventures I LLC and Intellectual
2  Ventures II LLC (collectively, "Defendants"), hereby make the following stipulated request through
3  their respective counsel of record:
4  WHEREAS, on July 29, 2011, the Court held a Initial Case Management Conference in this
5  matter;
6  WHEREAS, on August 2, 2011, the Court ordered the Plaintiff to file an Amended Complaint
7  by August 18, 2011, ordered the Defendants to answer Plaintiff's Amended Complaint by September
8  19, 2011, ordered the Defendants to serve their Disclosure of Asserted Claims and Preliminary
9  Infringement Contentions pursuant to Patent L.R. 3-1 and 3-2 by November 18, 2011, and ordered
10  the Plaintiff to serve its Preliminary Invalidity Contentions pursuant to Patent L.R. 3-3 and 3-4 by
11  January 10, 2012 (Dkt. No. 88);
12  WHEREAS, on September 30, 2011, the Plaintiff filed a Second Amended Complaint for
13  Declaratory Judgment of Patent Non-Infringement and Invalidity (Dkt. No. 100);
14  WHEREAS, on October 17, 2011, the Defendants filed a Motion to Dismiss Xilinx's Second
15  Amended Complaint for Declaratory Judgment (Dkt. No. 105) and have therefore not yet answered
16  or counterclaimed;
17  WHEREAS, on October 20, 2011, the Court set a hearing date for Defendants' Motion to
18  Dismiss Xilinx's Second Amended Complaint for December 2, 2011, at 9:00 a.m.;
19  WHEREAS, on November 14, 2011, the parties asked the Court to reset the hearing date for
20  Defendants' Motion to Dismiss Xilinx's Second Amended Complaint from December 2, 2011, at
21  9:00 a.m. to January 20, 2012, at 9:00 a.m. to coincide with the hearing schedule of a related matter,
22  *Xilinx, Inc v. Intellectual Ventures Management, LLC et. al.*, No. 3:11-cv-04407-SI (Dkt. No. 120);
23  WHEREAS, the parties believe rescheduling certain deadlines set by the Court on August 2,
24  2011 (Dkt. No. 88) is warranted for the convenience of the Court and parties and to promote judicial
25  economy;
26  NOW, THEREFORE, IT IS HEREBY REQUESTED AND STIPULATED by the Parties,
27  through their respective counsel of record that Defendants shall serve its Disclosure of Asserted
28

1  Claims and Preliminary Infringement Contentions pursuant to Patent L.R. 3-1 and 3-2, and otherwise
2  comply with the requirements of Patent L.R. 3-1 and 3-2, simultaneously with any counterclaims of
3  patent infringement filed in this matter.  Plaintiff shall serve preliminary invalidity contentions
4  pursuant to Patent L.R. 3-3 and 3-4, and otherwise comply with the requirements of Patent L.R. 3-3
5  and 3-4, sixty days after service of Defendants' Patent L.R. 3-1 and 3-2 disclosures.

6  **IT IS SO STIPULATED.**

7
8                                          Respectfully submitted,

9  Dated:  November 15, 2011               BLACK CHANG & HAMILL LLP
                                            Bradford J. Black
10

11                                          By:      /s/
12                                                 Bradford J. Black

13                                          Attorneys for Defendants

14

15 Dated:  November 15, 2011                JONES DAY
                                            Laurie M. Charrington
16

17                                          By:      /s/
                                                   Laurie M. Charrington
18

19                                          Attorneys for Plaintiff

20
21                                **Attestation**

22      I, Bradford J. Black, attest that concurrence in the filing of this document has been obtained from
23  Laurie M. Charrington, counsel for Plaintiff Xilinx, Inc.  I declare under penalty of perjury that the
24  foregoing is true and correct.  Executed this 15th day of November 2011 in San Francisco, California.

25
                                                    /s/
26                                          Bradford J. Black

27
28
-3-
STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING CASE SCHEDULE           3:11-CV-0671-SI

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 11/15/11     By: *Susan Illston*
                    The Honorable Susan Illston
                    United States District Judge

-4-
STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING CASE SCHEDULE     3:11-CV-0671-SI