BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Peter H. Chang (SBN 241467)
pchang@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
333 Bush Street, Suite 2250
San Francisco, California 94104
Telephone:   415-813-6210
Facsimile:   415-813-6222

Attorneys for Defendants

JONES DAY
Behrooz Shariati (SBN 174436)
bshariati@jonesday.com
Laurie M. Charrington (SBN 229679)
1755 Embarcadero Road
Palo Alto, California 94303
Telephone:  650-739-3920
Facsimile:   650-739-3900

Attorneys for Plaintiff
XILINX, INC.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | Case No.: 3:11-cv-0671-SI <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING HEARING SCHEDULE** |

1  Plaintiff Xilinx, Inc. ("Plaintiff") and Defendants Intellectual Ventures I LLC and Intellectual
2  Ventures II LLC (collectively, "Defendants"), hereby make the following stipulated request through
3  their respective counsel of record:

4  WHEREAS, a motion hearing for Defendants' Motion to Dismiss Xilinx's Second Amended
5  Complaint for Declaratory Judgment (Dkt. No. 105) is currently set for December 2, 2011, at 9:00
6  a.m.;

7  WHEREAS, in a related case, *Xilinx, Inc v. Intellectual Ventures Management, LLC et. al.*,
8  No. 3:11-cv-04407-SI, a motion hearing for Defendants' Motion to Dismiss Xilinx's First Amended
9  Complaint (Dkt. No. 60) is currently set for January 20, 2012, at 9:00 a.m.;

10  WHEREAS, hearing both motions at the same time would be more convenient to the Court
11  and to the parties and a more efficient use of judicial resources;

12  NOW, THEREFORE, IT IS HEREBY REQUESTED AND STIPULATED by the Parties,
13  through their respective counsel of record that the date and time for Defendants' Motion to Dismiss
14  Xilinx's Second Amended Complaint for Declaratory Judgment (Dkt. No. 105) in this matter be re-
15  scheduled for January 20, 2012, at 9:00 a.m.

16  **IT IS SO STIPULATED.**

19  Respectfully submitted,

21  Dated: November 14, 2011          BLACK CHANG & HAMILL LLP
                                      Bradford J. Black

23                                    By:     /s/
                                         Bradford J. Black

25                                    Attorneys for Defendants

27  Dated: November 14, 2011          JONES DAY
28                                    Behrooz Shariati

-2-

By:    /s/
      Behrooz Shariati

Attorneys for Plaintiff

### Attestation

I, Bradford J. Black, attest that concurrence in the filing of this document has been obtained from Behrooz Shariati, counsel for Plaintiff Xilinx, Inc.  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of November 2011 in San Francisco, California.

    /s/
Bradford J. Black

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:    11/15/11       By: _Susan Illston_
     The Honorable Susan Illston
     United States District Judge