RECEIVED

DEC 18 2012

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

XILINX, INC.,

Plaintiff,

v.

INTELLECTUAL VENTURES I LLC, and INTELLECTUAL VENTURES II LLC,

Defendants.

XILINX, INC.,

Plaintiff,

v.

DETELLE RELAY KG, LLC, ROLDAN BLOCK NY, LLC, LATROSSE TECHNOLOGIES, LLC, TR TECHNOLOGIES FOUNDATION LLC, TAICHI HOLDINGS, LLC, NOREGIN ASSETS N.V., LLC, INTELLECTUAL VENTURE FUNDING LLC,

Defendants.

Case No. 5:11-cv-00671-EJD

~~(PROPOSED)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DAVID B. COCHRAN *PRO HAC VICE*

David B. Cochran, whose business address and telephone number is JONES DAY, North Point, 901 Lakeside Avenue, Cleveland, OH 44114-1190; Telephone No. (216) 586-3939; Facsimile No. (216) 579-0212, and who is an active member in good standing for the bar of Ohio

(Bar No.0066647) having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff XILINX, INC.

***IT IS HEREBY ORDERED THAT*** *the application is granted, subject to the terms and* conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/19/2012

United States District Judge