BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:  415-813-6211
Facsimile:   415-813-6222

DESMARAIS LLP
John M. Desmarais (admitted *pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (admitted *pro hac vice*)
mstadnick@desmaraisllp.com
Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Ameet A. Modi (admitted *pro hac vice*)
amodi@desmaraisllp.com
Eugene Chiu (admitted *pro hac vice*)
echiu@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone:  212-351-3400
Facsimile:   212-351-3401

Attorneys for Defendants

William C. Rooklidge (State Bar No. 134483)
wrooklidge@jonesday.com
Patrick Michael (State Bar No. 169745)
pmichael@jonesday.com
David Cochran (*Pro Hac Vice*)
dcochran@jonesday.com
Laurie M. Charrington (State Bar No. 229679)
lmcharrington@jonesday.com
Joe C. Liu (State Bar No. 237356)
jcliu@jonesday.com
Iman Lordgooei (State Bar No. 251320)
ilordgooei@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   (650) 739-3939
Facsimile:    (650) 739-3900

Attorneys for Plaintiff
Xilinx, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>INTELLECTUAL VENTURES I LLC, and<br>INTELLECTUAL VENTURES II LLC,<br><br>           Defendants. | Case No. 5:11-cv-00671-EJD<br>Case No. 5:11-cv-04407-EJD<br><br>**STIPULATION AND [PROPOSED]<br>ORDER DISMISSING CERTAIN<br>CLAIMS AND PARTIES** |

| | |
|---|---|
| XILINX, INC., | |
|     Plaintiff, | |
| v. | |
| DETELLE RELAY KG, LLC, ROLDAN BLOCK NY, LLC, LATROSSE TECHNOLOGIES, LLC, TR TECHNOLOGIES FOUNDATION LLC, TAICHI HOLDINGS, LLC, NOREGIN ASSETS N.V., LLC, INTELLECTUAL VENTURE FUNDING LLC, | |
|     Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Xilinx, Inc. ("Xilinx") and Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC in Case No. 5:11-cv-00671 ("the '671 action"); and Defendants Detelle Relay KG, LLC, Roland Block NY, LLC, Latrosse Technologies, LLC, TR Technologies Foundation LLC, Taichi Holdings, LLC, Noregin Assets, N.V., LLC, and Intellectual Venture Funding LLC in Case No. 5:11-cv-04407 ("the '4407 action") (collectively, "Defendants"), hereby stipulate to dismiss the following causes of action and parties.

In the '671 action, Xilinx voluntarily dismisses without prejudice all claims against Intellectual Ventures I LLC, including its fifth cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,687,865), its sixth cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 6,687,865), its ninth cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 7,080,301), and its tenth cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 7,080,301). Xilinx further voluntarily dismisses without prejudice its third cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,408,415), its fourth cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 6,408,415), its seventh cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,698,001), and its eighth cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 6,698,001) against

Defendant Intellectual Ventures II LLC. Xilinx further dismisses without prejudice Intellectual Ventures I LLC, as no case or controversy exists between Xilinx and Intellectual Ventures I LLC.

In the '4407 action, Xilinx voluntarily dismisses without prejudice all claims against Detelle Relay KG, LLC, including its first cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 5,524,251) and its second cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 5,524,251). Xilinx further voluntarily dismisses without prejudice all claims against Roldan Block NY, LLC, including its third cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 5,751,736) and its fourth cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 5,751,736). Xilinx further voluntarily dismisses without prejudice all claims against TR Technologies Foundation LLC, including its seventh cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,321,331) and its eighth cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 6,321,331). Xilinx further voluntarily dismisses without prejudice all claims against Noregin Assets N.V., LLC, including its eleventh cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,768,497) and its twelfth cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 6,768,497). Xilinx further voluntarily dismisses without prejudice all claims against Intellectual Venture Funding LLC, including its thirteenth cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 7,100,061) and its fourteenth cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 7,100,061). Xilinx further dismisses without prejudice Detelle Relay KG, LLC, Roldan Block NY, LLC, TR Technologies Foundation LLC, Noregin Assets N.V., LLC, and Intellectual Venture Funding LLC, as no case or controversy exists between Xilinx and those entities.

In consideration of Xilinx's agreement to dismiss without prejudice the causes of action set forth above, Defendants have granted Plaintiff a Covenant Not To Sue, which is incorporated into this Stipulation by reference. The Court shall retain jurisdiction to implement and enforce this Stipulation and the terms of the Covenant Not To Sue, and the Parties submit to the ongoing jurisdiction of the Court for these purposes.

For all claims dismissed, each party shall bear its own fees, expenses and costs, including attorneys' fees.

Dated: February 6, 2013

Respectfully submitted,

BLACK CHANG & HAMILL LLP
Bradford J. Black
Peter H. Chang

DESMARAIS LLP
John M. Desmarais
Michael P. Stadnick
Justin P.D. Wilcox
Ameet A. Modi
Eugene Chiu


By: /s/ *Peter H. Chang*
      Peter H. Chang

*Attorneys for Defendants*

JONES DAY
Joe C. Liu

By:  /s/ *Joe C. Liu*
      Joe C. Liu

*Counsel for Plaintiff*
*XILINX, INC.*

**Attestation**

I, Peter H. Chang, attest that concurrence in the filing of this document has been obtained from Joe C. Liu, counsel for Plaintiff Xilinx, Inc. I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of February 2013 in San Francisco, California.

  /s/ *Peter H. Chang*
      Peter H. Chang

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 2/7/2013          By: _____

United States District Judge