BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-813-6210
Facsimile: 415-520-6840

DESMARAIS LLP
John M. Desmarais (admitted pro hac vice)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (admitted pro hac vice)
mstadnick@desmaraisllp.com
Justin P.D. Wilcox (admitted pro hac vice)
jwilcox@desmaraisllp.com
Ameet A. Modi (admitted pro hac vice)
amodi@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

Attorneys for Defendants

William C. Rooklidge (State Bar No. 134483)
wrooklidge@jonesday.com
Patrick Michael (State Bar No. 169745)
pmichael@jonesday.com
David Cochran (*Pro Hac Vice*)
dcochran@jonesday.com
Laurie M. Charrington (State Bar No. 229679)
lmcharrington@jonesday.com
Joe C. Liu (State Bar No. 237356)
jcliu@jonesday.com
Iman Lordgooei (State Bar No. 251320)
ilordgooei@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Plaintiff
XILINX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| XILINX, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC *et al*., <br><br> Defendants. <br><br> XILINX, INC., <br><br> Plaintiff, <br><br> v. <br><br> DETELLE RELAY KG, LLC *et al*. <br><br> Defendants. | Case No. 5:11-cv-00671-EJD <br> Case No. 5:11-cv-04407-EJD <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiff Xilinx, Inc. ("Xilinx") and Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC in Case No. 5:11-cv-00671 and Defendants Detelle Relay KG, LLC, Roland Block NY, LLC, Latrosse Technologies, LLC, TR Technologies Foundation LLC, Taichi Holdings, LLC, Noregin Assets, N.V., LLC, and Intellectual Venture Funding LLC in Case No. 5:11-cv-04407 (collectively, "Defendants") hereby stipulate, with the Court's permission, to modify the current case schedule as follows:

| Event | Current Date / Deadline | Proposed New Date / Deadline |
|---|---|---|
| Xilinx's Opening Claim Construction Brief (patents without infringement counterclaims) | December 24, 2012 | Vacated – previously filed opening brief considered withdrawn |
| Defendants' Responsive Claim Construction Brief (patents without infringement counterclaims) | February 6, 2013 | Vacated |
| Xilinx's Reply Claim Construction Brief (patents without infringement counterclaims) | February 22, 2013 | Vacated |
| Defendants serve Infringement Contentions on U.S. Pat. No. 5,887,165 ("the '165 patent") (Pat. L.R. 3-1, 3-2) | None | February 15, 2013 |
| Xilinx serves supplemental Invalidity Contentions on the '165 Patent (Pat. L.R. 3-3, 3-4) | None | March 15, 2013 |
| Parties exchange Proposed Terms for Construction with respect to the '165 Patent (Pat. L.R. 4-1) | None | March 29, 2013 |
| Parties exchange Preliminary Claim Construction and Extrinsic Evidence for the '165 Patent (Pat. L.R. 4-2) | None | April 12, 2013 |
| Amended Joint Claim Construction and Prehearing Statement (Pat. L.R. 4-3) | None | April 19, 2013 |
| Defendants' Opening Claim Construction Brief for the '165 Patent (Pat. L.R. 4-5(a)) | None | May 3, 2013 |

| | | |
|---|---|---|
| Xilinx's Responsive Claim Construction Brief for the '165 Patent (Pat. L.R. 4-5(b)) | None | May 24, 2013 |
| Defendants' Reply Claim Construction Brief (patents with infringement counterclaims) (Pat. L.R. 4-5(c)) | February 22, 2013 | June 14, 2013 |
| Case Tutorial | 9:00 a.m. on March 26, 2013 | July 11, 2013 at 9:00 a.m. |
| Claim Construction Hearing | Immediately following Tutorial | Immediately following Tutorial |

WHEREAS, on June 13, 2012, the Court issued its Patent Scheduling Order (0671 ECF No. 147; 4407 ECF No. 99);

WHEREAS, the parties have previously agreed to a stipulation extending the briefing deadlines related to Defendants' Motion to Stay Pending Patent Reexamination (0671 ECF 151);

WHEREAS, the parties have previously agreed to a stipulation requesting an Order to change the scheduling of the Court's Interim Case Management Conference and Motion For Stay hearing dates (0671 ECF 170);

WHEREAS, the parties have previously agreed to a stipulation requesting an Order to change the case briefing scheduling to avoid burdening the Court with issues no longer in dispute (0671 ECF 184);

WHEREAS, the parties have met and conferred regarding narrowing the case to three patents-in-suit and stipulating to Defendants' amendment of their counterclaims to add a counterclaim for infringement of the '165 patent;

WHEREAS, the parties believe the above modified case schedule is likely to streamline the issues in the case by focusing the case on the three patents that will remain at issue in the case;

WHEREAS, this stipulation will not affect other dates in the case schedule;

NOW, THEREFORE, IT IS HEREBY REQUESTED AND STIPULATED by the parties, through their respective counsel of record that the case schedule be modified according to the above chart.

**IT IS SO STIPULATED.**

Dated: February 6, 2013

Respectfully submitted,

BLACK CHANG & HAMILL LLP
Bradford J. Black
Peter H. Chang

DESMARAIS LLP
John M. Desmarais
Michael P. Stadnick
Justin P.D. Wilcox
Ameet A. Modi
Eugene Chiu

By: /s/ *Peter H. Chang*
    Peter H. Chang

*Attorneys for Defendants*

JONES DAY
Joe C. Liu

By: /s/ *Joe C. Liu*
    Joe C. Liu

*Counsel for Plaintiff*
*XILINX, INC.*

### Attestation

I, Peter H. Chang, attest that concurrence in the filing of this document has been obtained from Joe C. Liu, counsel for Plaintiff Xilinx, Inc. I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of February 2013 in San Francisco, California.

/s/ *Peter H. Chang*
Peter H. Chang

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 2/7/2013        By: [signature]
                          United States District Judge