BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-813-6211
Facsimile:   415-813-6222

DESMARAIS LLP
John M. Desmarais (admitted *pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (admitted *pro hac vice*)
mstadnick@desmaraisllp.com
Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Ameet A. Modi (admitted *pro hac vice*)
amodi@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile:   212-351-3401

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>INTELLECTUAL VENTURES I LLC,<br>INTELLECTUAL VENTURES II LLC,<br>INVENTION INVESTMENT FUND I LP,<br>INVENTION INVESTMENT FUND II LLC,<br>INTELLECTUAL VENTURES, LLC, and<br>INTELLECTUAL VENTURES<br>MANAGEMENT LLC,<br><br>            Defendants. | Case No. 5:11-cv-00671-EJD<br>Case No. 5:11-cv-04407-EJD<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF EUGENE CHIU AS COUNSEL FOR DEFENDANTS** |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | XILINX, INC., |
| 4 | Plaintiff, |
| | v. |
| 5 | DETELLE RELAY KG, LLC, |
| 6 | ROLDAN BLOCK NY, LLC, LATROSSE TECHNOLOGIES, LLC, |
| 7 | TR TECHNOLOGIES FOUNDATION LLC, TAICHI HOLDINGS, LLC, |
| 8 | NOREGIN ASSETS N.V., LLC, INTELLECTUAL VENTURE FUNDING |
| 9 | LLC, and INTELLECTUAL VENTURES, LLC, |
| 10 | |
| 11 | Defendants. |

1 | **[~~PROPOSED~~] ORDER**

2    Having considered the request for withdrawal of Eugene Chiu of Desmarais LLP,

3    IT IS HEREBY ORDERED that Eugene Chiu be relieved and granted withdrawal from the

4 above-captioned matters as counsel for Defendants and be removed from receiving electronic

5 notifications of e-filings in connection with these Defendants.

6

7 Dated:    9/3/2013         By: _____
                                United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING WITHDRAWAL OF EUGENE CHIU    1    Case No. 5:11-cv-00671-EJD
                                                            Case No. 5:11-cv-00407-EJD