BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-813-6211
Facsimile: 415-813-6222

DESMARAIS LLP
John M. Desmarais (admitted *pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (admitted *pro hac vice*)
mstadnick@desmaraisllp.com
Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Ameet A. Modi (admitted *pro hac vice*)
amodi@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC, INVENTION INVESTMENT FUND I LP, INVENTION INVESTMENT FUND II LLC, INTELLECTUAL VENTURES, LLC, and INTELLECTUAL VENTURES MANAGEMENT LLC,<br><br>Defendants. | Case No. 5:11-cv-00671-EJD<br>Case No. 5:11-cv-04407-EJD<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF PETER H. CHANG AS COUNSEL FOR DEFENDANTS** |

1
2
3   XILINX, INC.,
4              Plaintiff,
5        v.
    DETELLE RELAY KG, LLC,
6   ROLDAN BLOCK NY, LLC,
    LATROSSE TECHNOLOGIES, LLC,
7   TR TECHNOLOGIES FOUNDATION LLC,
    TAICHI HOLDINGS, LLC,
8   NOREGIN ASSETS N.V., LLC,
    INTELLECTUAL VENTURE FUNDING
9   LLC, and INTELLECTUAL VENTURES,
    LLC,
10
11             Defendants.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   **[PROPOSED] ORDER**

2   Having considered the request for withdrawal of Peter H. Chang,

3   IT IS HEREBY ORDERED that Peter H. Chang be relieved and granted withdrawal from the

4   above-captioned matters as counsel for Defendants and be removed from receiving electronic

5   notifications of e-filings in connection with these Defendants.

7   Dated: 9/12/2013                By: _____
                                        United States District Judge
                                        Edward J. Davila

[PROPOSED] ORDER GRANTING WITHDRAWAL OF PETER H. CHANG      1      Case No. 5:11-cv-00671-EJD
                                                                   Case No. 5:11-cv-00407-EJD